IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESLEY DEAN SCHIBERL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>SAFEGUARD INSURANCE AGENCY, LLC<br><br>Defendant. | Case No. 2:25-cv-01988 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH

Anthony I. Paronich hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches his Affidavit for Admission Pro Hac Vice, which satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

  /s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 20, 2025, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record.

  /s/ *Anthony I. Paronich*
Anthony I. Paronich