IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PRESLEY DEAN SCHIBERL,
individually and on behalf of a class of
all persons and entities similarly situated,
      Plaintiff,

 v.

SAFEGUARD INSURANCE
AGENCY, LLC
      Defendant.

**Case No.** 2:25-cv-01988

# [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH

The Motion for *Pro Hac Vice* appearance of Anthony Paronich is GRANTED.

Dated: _____

                _____
                United States District Judge