# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | |
|---|---|---|
| **PRESLEY DEAN SCHIBERL, individually and on behalf of a class of all persons and entities similarly situated** | ) ) ) ) | |
| *Plaintiff* | ) ) | Civil Action No. 2:25-cv-01988 |
| v. | ) ) ) | |
| **SAFEGUARD INSURANCE AGENCY, LLC** | ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Marian Forster, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to SAFEGUARD INSURANCE AGENCY, LLC in Broward County, FL on January 2, 2026 at 2:09 pm at 1227 SW 46th Ter, Deerfield Beach, FL 33442-8275 by residential substituted service by leaving the documents at the usual place of abode of SAFEGUARD INSURANCE AGENCY, LLC with Nancy Calderon who is the Co-Resident of SAFEGUARD INSURANCE AGENCY, LLC and whose age is 18 years or older.

SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, CIVIL COVER SHEET, CLASS ACTION COMPLAINT
Race: Hispanic or Latino, Sex: Female, Est. Age: 55-64, Hair: Brown, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=26.30078,-80.1666555
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Marian Forster* |
|    Palm Beach County   , | Signature |
|    FL   on   1/2/2026   . | Marian Forster |
| | +1 (561) 809-3650 |



Exhibit 1a)