**FILED**
**JAN 14 2026**
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**PRESLEY DEAN SCHIBER**, individually and on behalf of all others similarly situated, Plaintiff,

v.

**SAFEGUARD INSURANCE AGENCY, LLC,**
Defendant.

Case No. 2:25-cv-01988-DSC

**MOTION FOR EXTENSION OF TIME TO OBTAIN COUNSEL**

Defendant Safeguard Insurance Agency, LLC respectfully requests a brief extension of time to respond to the Complaint.

The undersigned, Fernando Calderon, is a managing member of Safeguard Insurance Agency, LLC. He is not an attorney and does not seek to appear on behalf of the LLC in this action.

Safeguard Insurance Agency, LLC has ceased operations and is currently experiencing financial hardship that has prevented it from immediately retaining legal counsel. Defendant respectfully requests an additional thirty (30) days to obtain counsel so that it may properly respond to the Complaint through licensed counsel admitted to this Court.

This request is made in good faith and not for purposes of delay. Granting this extension will not prejudice Plaintiff and will promote resolution of this matter on its merits.

**WHEREFORE**, Defendant Safeguard Insurance Agency, LLC respectfully requests that the Court grant a thirty (30) day extension of time to respond to the Complaint or otherwise plead.

Respectfully submitted,

Fernando Calderon
Managing Member (Non-Attorney)
Safeguard Insurance Agency, LLC
1227 SW 46th Terrace, Deerfield Beach, FL 33442
(954) 591-1540
admin@safeguardsinsuranceagency.com

Date: __01/10/2026__