Safeguard Insurance Agency LLC
1727 SW 46th Terrace
Deerfield Beach FL 33442

MIAMI FL 330
10 JAN 2026 PM 4 L

Clerk of Court
U.S. District Court - Western
District of Pennsylvania
700 Grant Street, Room 3110
Pittsburgh, PA 15219

15219-195785