IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESLEY DEAN SCHIBERL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEGUARD INSURANCE AGENCY, LLC,<br><br>Defendant. | CASE NO. 2:25-CV-01988 |

# **PLAINTIFF PRESLEY DEAN SCHIBERL'S MOTION TO ADOPT DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO OBTAIN COUNSEL**

Plaintiff, Presley Dean Schiberl, by and through the undersigned counsel, respectfully moves to adopt Defendant's Motion for Extension of Time for Defendant to Obtain Counsel only for the purpose of obtaining an extension of time for Defendant to obtain counsel.

Plaintiff does not adopt any of the factual statements or claims made in Defendant's filed Motion. Plaintiff only adopts the Motion in so far as it requests a thirty (30) day extension of time to respond to the Complaint or otherwise plead so that Defendant may obtain counsel.

WHEREFORE, Plaintiff, respectfully requests that this Court enter an Order granting him the right to adopt Defendant's Motion only for the purpose of Defendant obtaining a thirty (30) day extension of time to respond to the Complaint or otherwise plead.

Dated: January 15, 2026.

>Respectfully submitted,
>
>By: */s/ Jeremy C. Jackson*
>Jeremy C. Jackson (PA Bar No. 321557)
>BOWER LAW ASSOCIATES, PLLC
>403 S. Allen St., Suite 210
>State College, PA 16801
>Tel.: 814-234-2626
>jjackson@bower-law.com
>
>Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 15, 2026, I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to all counsel of record and sending by electronic mail to Defendant at: admin@safeguardsinsuranceagency.com

>*/s/ Jeremy C. Jackson*
>Jeremy C. Jackson