IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PRESLEY DEAN SCHIBERL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:25cv1988 |
| | ) | **Electronic Filing** |
| **SAFEGUARD INSURANCE AGENCY,** | ) | |
| **LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF COURT

AND NOW, this 27th day of April, 2026, upon due consideration of plaintiff's motion to

adopt defendant's motion to extend time to obtain counsel, IT IS ORDERED that [9] the motion

be, and the same hereby is, granted.  Defendant shall have 30 days from the date of this order to

obtain counsel and have counsel file a responsive pleading to the complaint.


s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge



cc:     Jeremy C. Jackson, Esquire

(*Via CM/ECF Electronic Mail*)


Safeguard Insurance Agency, LLC
1227 SW 46th Terrace
Deerfield, Beach, FL 33442

(*Via United States Postal Service Mail*)